| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Sotomayor, Sonia | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/01/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>1 First Street, NE<br>Washington, DC 20543 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | 2/2/2014 through 2/4/2014 | New Haven, CT | Delivery of James A. Thomas Lecture | Transportation, Lodging and Meals |
| 2. | University of Pittsburgh | 2/4/2014 through 2/5/2014 | Pittsburgh, PA | Conversation with University Chancellor Mark Nordingberg and Audience Q & A | Transportation, Lodging and Meals |
| 3. | New Hampshire Public Radio | 2/5/2014 through 2/6/2014 | Portsmouth, NH | Conversation with Virginia Prescott and Audience Question and Answer Discussion | Transportation, Lodging and Meals |
| 4. | Princeton University | 2/21/2014 through 2/22/2014 | Princeton, NJ | Acceptance of Woodrow Wilson Award | Transportation, Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | Multnomah Public Library and Literary Arts, Inc. | 3/11/2014 through 3/12/2014 | Portland, OR | Informal remarks | Transportation, Lodging and Meals |
| 6. | Seton Hall University | 4/10/2014 | Newark, NJ | Judging Law School Moot Court Final Competition | Transportation and Meals |
| 7. | American Academy Berlin | 5/9/2014 through 5/13/2014 | Berlin, Germany | Speech in Capacity as a "Lloyd Cutler Distinguished Visitor" and participate in panel | Transportation, Lodging and Meals |
| 8. | Fordham University | 5/17/2014 | Bronx, NY | Acceptance of Honorary Degree | Transportation |
| 9. | New York Woman's Forum | 6/6/2014 | New York, NY | Conversation with Edie Weiner and Audience Question and Answer Discussion | Transportation and Meals |
| 10. | New York University | 7/7/2014 through 7/11/2014 | Florence, Italy | Participation in Law School Innovative Law and Policy Conference | Transportation, Lodging and Meals |
| 11. | University of Tulsa | 9/9/2014 through 9/11/2014 | Tulsa, OK | Speech and Audience Question and Answer Discussion at Law School | Transportation, Lodging and Meals |
| 12. | Fordham University | 9/18/2014 | New York, NY | Participation in Dedication of New School of Law Building | Transportation and Meals |
| 13. | University of San Diego | 10/17/2014 through 10/18/2014 | San Diego, CA | Conversation with Judge Margaret McKeown and Audience Question and Answer Discussion | Meal |
| 14. | National Association of Women Judges | 10/18/2014 through 10/19/2014 | San Diego, CA | Speech and Participation in Organization's Annual Conference | Transportation, Lodging and Meals |
| 15. | Yale University | 10/24/2014 through 10/26/2014 | New Haven, CT | Acceptance of Yale University Award of Merit; Participation in Panel Discussions | Transportation, Lodging and Meals |
| 16. | New York County Lawyers Association | 12/17/2014 | New York, NY | Remarks at Celebration of 225th Anniversary of Southern District of New York Court | Transportation and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, Line 12) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank Account (formerly ING Direct) (y) | | | | | | | | | |
| 2. Citibank, N.A. Accounts | A | Interest | O | T | | | | | |
| 3. Morgan Stanley Bank, NA (H) | A | Interest | J | T | | | | | |
| 4. Templeton Global Bond A Fund | C | Dividend | K | T | | | | | |
| 5. Columbia TRI LC Growth Class A MF Fund | D | Dividend | L | T | | | | | |
| 6. Nuveen NWQ Large Cap Value A Fund | E | Dividend | K | T | | | | | |
| 7. Thornburg IN Growth A Fund | C | Dividend | L | T | | | | | |
| 8. Franklin FLTG RT DLY Access A Common | B | Dividend | K | T | | | | | |
| 9. Morgan Stanley Bank, NA (IRA) (H) | A | Interest | J | T | | | | | |
| 10. Blackrock GLB Allocation FD Class A (IRA) | D | Dividend | K | T | | | | | |
| 11. Pimco Unconstrained BDA (IRA) | A | Dividend | K | T | | | | | |
| 12. Rental Property #1, New York, NY Appraised 2012 | D | Rent | P1 | Q | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

a

-Part III - As I received no "Non-Investment Income" in 2014, Part III is marked "None". I have been advised by the Knopf Doubleday Group, publisher of my memoir, "My Beloved World", that it disbursed $25,999.00 during 2014 to promote the sale of the memoir.

-Part IV, Item 5. The cost of transportation for this event was shared by The University of Washington, where I participated in an event the previous day.

-Part IV, Item 8. During my visit to Berlin, I participated in certain media interviews and promotional events arranged by the publisher of the German language edition of "My Beloved World".

-Part IV, Items 13 and 14. The cost of transportation for these events was shared by San Jose State University, where I participated in an event held on October 20 and 21, 2014.

- Part V, Gifts - During 2014 many people sent me gifts of books, art, jewelry and memorabilia. I have no reason to believe that any of those items exceeded the $375.00 limit. If I should learn otherwise, I will amend this form.

-Part VII, Item 1. Income and value in the account has fallen below level requiring reporting.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonia Sotomayor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544